# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### ALEXANDRIA DIVISION

JOHN MIGUEL SWAN #26558-064                    CASE NO.  26-cv-659 SEC P

-vs-                                                            JUDGE DRELL

A BOULWARE                          MAGISTRATE JUDGE PEREZ-MONTES

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein (ECF No. 9), and after a de novo review of the record, including the Objection filed by Petitioner (ECF No. 10), having determined that the Magistrate Judge's findings and recommendations are correct under the applicable law;

IT IS HEREBY ORDERED that the Petition (ECF No. 1) is DENIED and DISMISSED WITHOUT PREJUDICE.

THUS DONE AND SIGNED at Alexandria, Louisiana this __8th__ day of May 2026.

DEE D. DRELL, SENIOR JUDGE
UNITED STATES DISTRICT COURT